IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | CRIMINAL ACTION |
| | : | NO. 05-280-02 |
| v. | : | |
| | : | |
| Eric Andrews. | : | |
| | : | |

**ORDER**

**AND NOW**, this **19th** day of **August, 2020**, after considering Defendant's motion for compassionate release (ECF No. 231), the government's response (ECF No. 234), Defendant's reply (ECF No. 236), and the supplemental authority submitted by the parties, after a hearing on the record on March 4, 2020, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's motion for compassionate release (ECF No. 231) is **DENIED**; and
2. Defendant's motion to file a reply (ECF No. 236) is **GRANTED**.

**AND IT IS SO ORDERED.**

   /s/ Eduardo C. Robreno
   **EDUARDO C. ROBRENO, J.**