## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

ERIC ANDREWS

CRIMINAL ACTION
NO. 05-280

## ORDER

**AND NOW**, this 6th day of January 2025, upon consideration of Eric Andrews's

Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 284), the

Government's Response in Opposition (ECF No. 287), Andrews's Reply in Further

Support (ECF No. 289), the Government's Surreply in Further Opposition (ECF No.

290), Andrews's Notices of Supplemental Authority (ECF Nos. 294, 296, 301, 302, 305,

306, 308), and the Government's Response thereto (ECF No. 310), it is **ORDERED** that

the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.